# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS

In re: RUKLIC, GLENN  §  Case No. 08B-14012
     RUKLIC, DIANE  §
       §
Debtors  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that THOMAS B. SULLIVAN, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications.

*The Final Report shows receipts of*      $ 6,000.77

*and approved disbursements of*      $ 0.00

*leaving a balance of*      $ 6,000.77

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | THOMAS B. SULLIVAN, TRUSTEE | $ 1,350.08 | $ 16.63 |
| Attorney for trustee | Grochocinski, Grochocinski & Lloyd, Ltd. | $ 1,612.50 | $ 21.26 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | | $ | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| *Fees,* | United States Trustee | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | | *Fees* | *Expenses* |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $26,327.77 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 005 | INTERNAL REVENUE SERVICE | $   26,327.77 | $   3,000.30 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 829,934.43 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 001 | NEC FINANCIAL SERVICES, INC. | $   16,366.60 | $   0.00 |
| 002 | DENNIS B. PORRICK, ESQ | $   5,487.22 | $   0.00 |
| 003 | PYOD LLC ITS SUCCESSORS & ASSIGNS AS ASSIGNEE OF FASTENER WHOLESALERS OF NH, | $   8,695.86 | $   0.00 |

**UST Form 101-7-NFR (4/1/2009)**

| | | | |
|---|---|---|---|
| 004 | INC. | $ 4,746.60 | $ 0.00 |
| 005 | INTERNAL REVENUE SERVICE | $ 324.30 | $ 0.00 |
| 006 | DISCOVER BANK/DFS SERVICES LLC | $ 16,010.31 | $ 0.00 |
| 007 | FORD MORTOR CREDIT COMPANY | $ 6,120.35 | $ 0.00 |
| 008 | CHASE BANK USA NA | $ 47,161.05 | $ 0.00 |
| 009 | FIRST PERSONAL BANK | $ 725,022.14 | $ 0.00 |

Late filed general (unsecured) claims are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

N/A

Subordinated unsecured claims for fines, penalties, and forfeitures are as follows:

*Claim Number*   *Claimant*                          *Allowed Amt. of Claim*   *Proposed Payment*

N/A

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

**UST Form 101-7-NFR (4/1/2009)**

The trustee's Final Report and all applications for compensation are available for inspection at the Office of the Clerk, U.S. Bankruptcy Court:

219 S DEARBORN STREET
7TH FLOOR
CHICAGO, IL  60604

If local court rules so require, the following procedure for objecting must be followed:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:15 on 07/31/2009 in Courtroom 201, United States Courthouse,
57 N. OTTAWA, ROOM 201
JOLIET, IL  60432.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date:  06/24/2009        By:  /s/THOMAS B. SULLIVAN, TRUSTEE
                                                                                                                      Trustee

THOMAS B. SULLIVAN, TRUSTEE
1900 RAVINIA PLACE
ORLAND PARK, IL  60462

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (4/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dwilliams              Page 1 of 2                   Date Rcvd: Jun 25, 2009
Case: 08-14012                Form ID: pdf006              Total Noticed: 45

The following entities were noticed by first class mail on Jun 27, 2009.
db/jdb        +Glenn W Ruklic,    Diane Ruklic,    10709 Oakton Court,    Frankfort, IL 60423-8543
aty           +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
aty           +Gregory K Stern,    Gregory K. Stern, P.C.,    53 West Jackson Blvd.,    Suite 1442,
                Chicago, IL 60604-3536
aty           +Grochocinski Grochocinski & Lloyd Ltd,    1900 Ravinia Place,    Orland Park, IL 60462-3760
tr            +Thomas B Sullivan,    Grochocinski, Grochocinski & Lloyd Ltd.,    1900 Ravinia Place,
                Orland Park, IL 60462-3760
12287078       AT&T Universal Card,    PO Box 44167,    Jacksonville, FL 32231-4167
12287076       American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                Malvern, PA 19355-0701
12287077      +Askounis & Borst, PC,    333 North Michigan Avenue,    Suite 510,    Chicago, IL 60601-3934
12287079      +Bauch & Michaels, LLC,    53 West Jackson Boulevard,    Suite 1115,    Chicago, IL 60604-3566
12287080      +Becket & Lee LLP,    PO Box 3001,    Malvern, PA 19355-0701
12287081       Capital One Bank,    PO Box 30285,    Salt Lake City, UT 84130-0285
12287082       Capital One, F.S.B.,    P.O. Box 30285,    Salt Lake City, UT 84130-0285
13912961       Chase Bank USA NA,    PO BOX 15145,    Wilmington, DE 19850-5145
12287083       CitiMortgage, Inc.,    Mail Station 504,    PO Box 790110,    Saint Louis, MO 63179-0110
12287084      +Dennis B. Porrick, Esq.,    63 West Jefferson Street,    Suite 100,    Joliet, IL 60432-4337
12373360      +Evan Ruklic,    10709 Oakton Court,    Frankfort, IL 60423-8543
12287086      +Fastener Wholesalers of NH, Inc.,    PO Box 784,    39 Bridge Street (Unit 20),
                Nashua, NH 03060-3535
12287087       First Personal Bank,    14701 Ravinia Avenue,    Orland Park, IL 60462-3100
12287088       Firstsource Advantage, LLC,    PO Box 628,    Buffalo, NY 14228
12287089       Ford Credit,    PO Box 542000,    Omaha, NE 68154-8000
13867263       Ford Motor Credit Company,    Freedman, Anselmo Lindberg & Rappe LLC,    PO Box 3216,
                Naperville, IL 60566-7216
12287090       Freedman, Anselmo Lindberg & Rappe,    1807 West Diehl,    Suite 333,    P.O. Box 3107,
                Naperville, IL 60566-7107
12373361      +Gail R Dobbelhoff,    1208 Hillview Road,    Homewood, IL 60430-3415
12287092      +General Motors Acceptance Corporation,    PO Box 2182,    Greeley, CO 80632-2182
12287091       General Motors Acceptance Corporation,    2740 Arthur Street,    Roseville, MN 55113-1303
12287095     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
                PHILADELPHIA PA 19114-0326
              (address filed with court: Internal Revenue Service,    PO Box 21126,    Philadelphia, PA 19114)
12287093       Illinois Department of Revenue,    Bankruptcy Section,    P.O. Box 64338,    Chicago, IL 60664-0338
12287097       JP Morgan Chase Bank, NA,    PO Box 260180,    Baton Rouge, LA 70826-0180
12373362      +James Ruklic,    103 Wysteria,    Olympia Fields, IL 60461-1200
12373363      +Jay Ruklic,    1004 Charles Street,    Crete, IL 60417-1602
12287106      +Jeff Vail,    10920 Walnut Lane,    Mokena, IL 60448-1600
12287099      +NCO Financial Systems, Inc.,    P.O. Box 61247,    Dept 64,    Virginia Beach, VA 23466-1247
12332562      +NEC Financial Services, Inc.,    Jennifer S. Burt, Esq.,    c/o Askounis & Darcy, PC,
                333 N. Michigan Avenue, Suite 510,    Chicago, IL 60601-3934,    (312)784-2400 (ph)
12287102       NPC,   p.o. bOX 690427,    Houston, TX 77269-0427
12287098       National Bankrupcty Service Center,    PO Box 537901,    Livonia, MI 48153-7901
12287101       Nissan Motor Acceptance Corporation,    Bankruptcy Department,    PO Box 660366,
                Dallas, TX 75266-0366
12287103       OSI Collection Services, Inc.,    P.O. Box 968,    Brookfield, WI 53008-0968
13596693       PYOD LLC its successors and assigns as assignee of,    Citibank,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
12287104      +State of Illinois,    Department of Employment Security,    33 South State Street,    10th Floor,
                Chicago, IL 60603-2803
12287105       United Mileage Plus,    PO Box 15153,    Wilmington, DE 19886-5153

The following entities were noticed by electronic transmission on Jun 25, 2009.
12287085       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 26 2009 01:08:01      Discover,   PO Box 30395,
                Salt Lake City, UT 84130-0395
13651057       E-mail/PDF: mrdiscen@discoverfinancial.com Jun 26 2009 01:08:01
                Discover Bank/DFS Services LLC,    P.O. Box 3025,    New Albany, OH 43054-3025
12287094       E-mail/PDF: DORBANKRUPTCYCOURTNOTICES@DOR.IN.GOV Jun 26 2009 00:37:02
                Indiana Department of Revenue,    PO Box 0595,    Indianapolis, IN 46206-0595
12287096      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2009 00:37:01      J.C. Penney,    P.O. Box 981131,
                El Paso, TX 79998-1131
12287100      +E-mail/Text: litigation@neclease.com                           NEC Financial Services,
                300 Frank W. Burr Boulevard,    7th Floor,    Teaneck, NJ 07666-6703
                                                                                              TOTAL: 5

              ***** BYPASSED RECIPIENTS *****
 NONE.                                                                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-1            User: dwilliams           Page 2 of 2                Date Rcvd: Jun 25, 2009
Case: 08-14012                  Form ID: pdf006           Total Noticed: 45

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 27, 2009**                    **Signature:**    /s/ Joseph Speetjens